UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

RICHARD A. WILLIAMSON,

    Plaintiff,

v.

GOOGLE INC.,

    Defendant.

Case No.  15-cv-00966-BLF

**CASE MANAGEMENT ORDER**

On 07/09/2015, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | 02/04/2016 at 11:00 am |
| Last Day to Amend Pleadings or Add Parties | n/a |
| Last Day to Disclose Experts | n/a |
| Fact Discovery Cut-Off | n/a |
| Expert Discovery Cut-Off | n/a |
| Last Day to Hear Dispositive Motions | n/a |
| Claims Construction Tutorial | 11/23/2015 at 9:00 am |
| Claims Construction Hearing | 11/24/2015 at 10:00 am |

1    IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2 are referred to the assigned Magistrate Judge.
3    IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4 orders, which are available on the Court's website and in the Clerk's Office.
5    IT IS FURTHER ORDERED THAT the Parties are to meet, confer and filed a stipulated
6 briefing schedule to Claims Construction.

Dated:  07/09/2015

_____
BETH LABSON FREEMAN
United States District Judge