UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD A. WILLIAMSON,<br><br>    Plaintiff,<br><br>  v.<br><br>GOOGLE INC.,<br><br>    Defendant. | Case No.  15-cv-00966-BLF<br><br>**CASE MANAGEMENT ORDER** |

On 09/03/2015, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery are referred to the assigned Magistrate Judge.

IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing orders, which are available on the Court's website and in the Clerk's Office.

IT IS FURTHER ORDERED THAT Plaintiff's Amended Infringement Contentions are due 09/11/2015 and Defendant's Response to Amended Infringement Contentions are due 10/02/2015.

Dated:  09/03/2015

_____
BETH LABSON FREEMAN
United States District Judge