# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| RICHARD A. WILLIAMSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE INC.,<br><br>　　　　Defendant. | Case No.  15-cv-00966-BLF<br><br>**CASE SCHEDULING ORDER** |

　　　　The parties jointly submitted a statement setting forth a proposed case schedule, as well as a proposal for limiting the number of asserted patent claims and prior art grounds.  ECF 131.  The parties have agreed on many deadlines but did not agree on a fact discovery cut-off date and other subsequent deadlines.  The Court accepts Plaintiff Richard Williamson's proposed date for fact discovery cut-off and accordingly, SETS the following schedule for this case:

| Event | Date |
|---|---|
| Williamson serves Preliminary Election of 36 Asserted Claims | Mar. 2, 2017 |
| Google serves Preliminary Election of 40 Asserted Invalidity Grounds | Mar. 30, 2017 |
| Joint Claim Construction & Prehearing Statement (Pat. L.R. 4-3) | Apr. 20, 2017 |
| Williamson files opening patent claim construction brief (Pat. L.R. 4-5(a)) | Apr. 27, 2017 |
| Google files opposition patent claim construction briefs (Pat. L.R. 4-5(b)) | May 18, 2017 |
| Williamson files reply patent claim construction brief (Pat. L.R. 4-5(c)) | May 25, 2017 |

| **Tutorial**[1] | **June 8, 2017, 1:30 p.m.** |
|---|---|
| **Claim Construction hearing** | **June 16, 2017, 9 a.m.** |
| End of Fact Discovery | Mar. 8, 2018 |
| Williamson serves narrowed election of 24 Asserted Claims | Mar. 16, 2018 |
| Google serves narrowed election of 28 Asserted Invalidity Grounds | Apr. 16, 2018 |
| Expert witness disclosures | May 17, 2018 |
| Expert witness rebuttal disclosure | June 28, 2018 |
| End of Expert Discovery | Aug. 2, 2018 |
| Opening Summary Judgment and/or Daubert Briefs | Aug. 30, 2018 |
| Opposition Summary Judgment and/or Daubert Briefs | Sept. 20, 2018 |
| Reply Summary Judgment and/or Daubert Briefs | Oct. 4, 2018 |
| **Last Day For Hearing Summary Judgment and/or Daubert Motions** | **Dec. 6, 2018** |
| Parties to Exchange Deposition and Discovery Response Designations | Dec. 17, 2018 |
| Parties to Exchange Exhibit Lists | Dec. 17, 2018 |
| Parties to Exchange Counter-Designations and Objections to Deposition and Discovery Response Designations | Jan. 10, 2019 |
| Parties to Exchange Objections to Counter-Designations and Discovery Response Designations | Jan. 17, 2019 |
| Parties to Exchange Objections to Exhibit Lists | Jan. 17, 2019 |
| Williamson serves Final Election of 12 Asserted Claims | Jan. 17, 2019 |
| Google serves Final Election of 16 Asserted Invalidity Grounds | Jan. 21, 2019 |
| Last Day To Meet and Confer Before Pre-Trial Conference | Jan. 24, 2019 |
| Opening Motion in Limine Papers | Jan. 24, 2019 |
| Oppositions to Motions in Limine | Feb. 7, 2019 |
| **Final Pretrial Conference** | **Feb. 14, 2019, 1:30 P.M.** |
| Trial Briefs Due (at least 7 days before trial) | Mar. 7, 2019 |
| Last Day for Parties to Deliver Exhibits to the Court | Mar. 14, 2019 |

---

[1] The events appearing in bold lettering were previously set by the Court. ECF 123, 129.

| Trial | Mar. 18, 2019 |
|---|---|

**IT IS SO ORDERED.**

Dated: December 8, 2016

*/s/ Beth Labson Freeman*
BETH LABSON FREEMAN
United States District Judge