# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| RICHARD A. WILLIAMSON, <br> Plaintiff, <br> v. <br> GOOGLE LLC, <br> Defendant. | Case No. 15-cv-00966-BLF <br><br> **ORDER DENYING DEFENDANT GOOGLE LLC'S ADMINISTRATIVE MOTION TO REFER MOTION TO STRIKE PORTIONS OF EXPERT REPORTS TO MAGISTRATE JUDGE** <br><br> [Re: ECF 263] |

Before the Court is Defendant Google LLC's (Google") administrative motion to refer its motion to strike portions of Plaintiff's expert reports to Magistrate Judge Nathanael M. Cousins ("Motion to Strike"). Mot., ECF 263. Plaintiff Williamson filed an opposition. Opp'n, ECF 264-4.

Google argues that all disputes with respect to disclosures or discovery have been referred to Judge Cousins. Mot. 1. On this basis, Google asserts that its Motion to Strike falls within "Judge Cousins' assigned purview." *Id.* Williamson counters that Google's Motion to Strike is "a dispositive motion, not a discovery motion, and should therefore be heard" by the undersigned judge. Opp'n 1. Williamson further argues that "substantive motions to strike expert reports" that "would be dispositive of claims against entire products" have not been referred to Judge Cousins. *See id.*

Generally, a magistrate judge lacks authority to "determine" motions that are considered to be "dispositive." *See Flam v. Flam*, 788 F.3d 1043, 1046 (9th Cir. 2015). After reviewing the parties' submissions, while a close call, the Court finds that Google's Motion to Strike is potentially dispositive. The Court therefore DENIES Google's request to refer the Motion to

1  Strike to Judge Cousins.

2  Google's Motion to Strike is essentially a motion *in limine*, which the Court generally
3  limits to five pages.  Accordingly, Google may refile a noticed motion with an opening brief that
4  does not exceed five (5) pages.  Williamson may file an opposition brief that does not exceed five
5  (5) pages.  Google may file a reply brief that is limited to two (2) pages.  The format of the text
6  shall comply with the Civil Local Rules and the Court's Standing Order Regarding Civil Cases.
7  The parties do not request to shorten the briefing time, and thus the briefing schedule provided by
8  Civil Local Rule 7-3 shall apply.   The Court may submit Google's motion without oral argument
9  upon reviewing the parties' briefing.  Papers submitted in connection to the instant administration
10 motion (ECF 263) or the joint letter brief (ECF 259-4) presented to Judge Cousins will not be
11 considered.

**IT IS SO ORDERED.**

Dated:  July 10, 2018

BETH LABSON FREEMAN
United States District Judge