1  EDWARD R. REINES (Bar No. 135690)
   edward.reines@weil.com
2  WEIL, GOTSHAL & MANGES LLP
   201 Redwood Shores Parkway
3  Redwood Shores, CA 94065
   Telephone: (650) 802-3000
4  Fax: (650) 802-3100

5  GARLAND T. STEPHENS
   garland.stephens@weil.com
6  WEIL, GOTSHAL & MANGES LLP
   700 Louisiana Street, Suite 1700
7  Houston, TX  77002
   Telephone:  (713) 546-5000
8  Facsimile:  (713) 224-9511

9
   RICHARD W. SLACK (*Pro Hac Vice*)
10 richard.slack@weil.com
   WEIL, GOTSHAL & MANGES LLP
11 767 Fifth Avenue
   New York, NY 10153
12 Telephone:  (212) 310-8000
   Facsimile:  (212) 310-8007
13

14
   *Attorneys for Plaintiff*
15 RICHARD A. WILLIAMSON, ON BEHALF
   OF AND AS TRUSTEE FOR AT HOME
16 BONDHOLDERS' LIQUIDATING TRUST

17
                    **UNITED STATES DISTRICT COURT**
18                  **NORTHERN DISTRICT OF CALIFORNIA**
                           **SAN JOSE DIVISION**
19

| | |
|---|---|
| 20  RICHARD A.  WILLIAMSON, ON BEHALF OF AND AS TRUSTEE FOR AT HOME BONDHOLDERS' LIQUIDATING TRUST, | Case No. 5:15-CV-00966-BLF |
| 21 | **STIPULATION AND [PROPOSED] ORDER AMENDING SCHEDULING ORDER REGARDING EXPERT DISCOVERY** |
| 22        Plaintiff, | |
| 23     v. | Judge:   Hon. Beth Labson Freeman |
| 24  GOOGLE LLC, | Place:   Courtroom 3, 5th Floor |
| 25        Defendant. | |

26

27

28

STIPULATION AND [PROPOSED] ORDER         1         CASE NO.: 5:15-CV-00966-BLF
AMENDING SCHEDULING ORDER REGARDING
EXPERT DISCOVERY

Plaintiff and Defendant (collectively, the "Parties"), through their respective undersigned counsel, hereby stipulate as follows:

WHEREAS, the deadline for the end of expert discovery as set by the Court Order Amending Expert Discovery (D.I. 240) is August 9, 2018.

WHEREAS, the expert discovery deadline has been amended once. *See* D.I. 240. Prior to the Court's April 18, 2018 order extending the close of expert discovery to August 9, 2018, expert discovery was previously set to close on August 2, 2018.

WHEREAS, to accommodate witness and attorney availability, the Parties have agreed to extend expert discovery to August 22, 2018.

WHEREAS, parties anticipate being able to complete expert discovery by August 22, 2018.

WHEREAS, extending the deadline for the end of expert discovery will not affect any other deadlines in this matter.

Pursuant to Civil L.R. 6-2 and 7-12, it is hereby stipulated and agreed to by the Parties that the deadlines for the expert witness disclosures and the end of expert discovery shall be modified as follows:

| Event | Current Dates (D.I. 240) | Stipulated Dates |
|---|---|---|
| End of Expert Discovery | Aug. 9. 2018 | Aug. 22 2018 |

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: August 03, 2018 | Respectfully submitted, |
| 3 | | |
| 4 | KEKER, VAN NEST & PETERS LLP | WEIL, GOTSHAL & MANGES LLP |
| 5 | | |
| 6 | By:  */s/ Matthias Kamber* | By:  */s/ Justin Constant* |
| | Robert Addy Van Nest | Edward R. Reines (Bar No. 135690) |
| 7 | Christa M. Anderson | Christopher M. Pistritto (Bar No. 321577) |
| | Matthias Andreas Kamber | WEIL, GOTSHAL & MANGES LLP |
| 8 | David Justin Rosen | 201 Redwood Shores Parkway |
| | Neha Mehta | Redwood Shores, CA 94065 |
| 9 | Bevan Augusta Dowd | (650) 802-3022 |
| | Leah M. Pransky | |
| 10 | Keker Van Nest & Peters LLP | Garland T. Stephens |
| | 633 Battery Street | Justin L. Constant (*Pro Hac Vice*) |
| 11 | San Francisco, CA 94111 | Richard D. Eiszner (*Pro Hac Vice*) |
| 12 | (415) 391-5400 | Ilya Svetlov (*Pro Hac Vice*) |
| | | WEIL, GOTSHAL & MANGES LLP |
| 13 | *Attorneys for Defendant Google LLC* | 700 Louisiana Street, Suite 1700 |
| | | Houston, TX 77002 |
| 14 | | (713) 546-5000 |
| 15 | | |
| | | RICHARD W. SLACK (*Pro Hac Vice*) |
| 16 | | WEIL, GOTSHAL & MANGES LLP |
| | | 767 Fifth Avenue |
| 17 | | New York, NY 10153 |
| | | (212) 310-8000 |
| 18 | | |
| 19 | | *Attorneys for Plaintiff* |
| | | *Richard A. Williamson, On Behalf Of* |
| 20 | | *And As Trustee For At Home Bondholders'* |
| | | *Liquidating Trust* |

1 **ATTESTATION**

2  In accordance with Local Rule 5-1(i)(3), concurrence in the filing of this document has been
3  obtained from each of the signatories listed above.

4
5  By: */s/ Justin L. Constant*

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER  
AMENDING SCHEDULING ORDER REGARDING  
EXPERT DISCOVERY

4

CASE NO.: 5:15-CV-00966-BLF

1  IT IS SO ORDERED.

2  Dated: _____August 6_____, 2018.

_____
Hon. Beth Labson Freeman
United States District Court Judge