EDWARD R. REINES (Bar No. 135960)
edward.reines@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065
Telephone:  (650) 802-3000
Facsimile:  (650) 802-3100

GARLAND T. STEPHENS
garland.stephens@weil.com
WEIL, GOTSHAL & MANGES LLP
700 Louisiana Street, Suite 1700
Houston, TX  77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511

*Attorneys for Plaintiff*
*RICHARD A. WILLIAMSON, ON BEHALF OF AND AS TRUSTEE FOR AT HOME BONDHOLDERS' LIQUIDATING TRUST*

APPROVED
Judge Beth Labson Freeman

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| RICHARD A. WILLIAMSON, ON BEHALF OF AND AS TRUSTEE FOR AT HOME BONDHOLDERS' LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:15-CV-00966-BLF (NMC)<br><br>**STIPULATION OF DISMISSAL**<br><br>Judge:        Hon. Beth Labson Freeman<br>Date Filed:  February 19, 2014<br>Trial Date:   March 18, 2019 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Richard A. Williamson, on behalf of and as Trustee for At Home Bondholders' Liquidating Trust, and Defendant Google LLC, hereby stipulate to the dismissal of the action.  All claims of infringement that Plaintiff raised or could have raised in this action are dismissed WITH PREJUDICE.  All claims, defenses, or counterclaims that Defendant raised are dismissed WITHOUT PREJUDICE.

Date:  April 24, 2019

Respectfully submitted,

*/s/ Garland Stephens*
EDWARD R. REINES (Bar No. 135960)
edward.reines@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065
Telephone:  (650) 802-3000
Facsimile:  (650) 802-3100

GARLAND T. STEPHENS
garland.stephens@weil.com
WEIL, GOTSHAL & MANGES LLP
700 Louisiana Street, Suite 1700
Houston, TX  77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511

*Attorneys for Plaintiff*
*RICHARD A. WILLIAMSON, ON BEHALF OF AND AS TRUSTEE FOR AT HOME BONDHOLDERS' LIQUIDATING TRUST*

*/s/ Matthias Kamber*
KEKER, VAN NEST & PETERS LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
MATTHIAS A. KAMBER - # 232147
mkamber@kvn.com
DAVID J. ROSEN - # 296139
drosen@kvn.com
NEHA MEHTA - # 298771
nmehta@keker.com
LEAH M. PRANSKY - # 302246
lpransky@keker.com
BEVAN A. DOWD - # 308611
bdowd@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

KWUN BHANSALI LAZARUS LLP
MICHAEL S. KWUN - # 198945
mkwun@kblfirm.com
ASIM M. BHANSALI - # 194925
abhansali@kblfirm.com
555 Montgomery Street, Suite 750
San Francisco, CA 94111
Telephone: 415 630 2350
Facsimile: 415 367 1539

*Attorneys for Defendant*
GOOGLE LLC